IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>APPLE, INC., APPLE PAYMENTS INC., GOOGLE LLC, GOOGLE PAYMENT CORP., HIGH 5 ENTERTAINMENT LLC d/b/a "HIGH 5 CASINO", MW SERVICES LTD. d/b/a "WOW VEGAS", SUNFLOWER LTD. d/b/a "CROWNCOINS CASINO", and B-TWO OPERATIONS LTD d/b/a "McLUCK.COM",<br><br>                Defendants. | Civil Action No.: 2:24-cv-10805-MCA-LDW<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**CONSENT ORDER** *Document*<br><br>*Electronically Filed* |

      Pursuant to Local Rule 6.1(b), and in consideration of the joint stipulation submitted on behalf of Plaintiff Julian Bargo ("Plaintiff") and Defendants Google LLC, Google Payment Corp., Apple Inc. (sued erroneously as "Apple, Inc."), and Apple Payments Inc. (collectively, "Platform Defendants"),

      **IT IS** on this  20th  day of February 2025, **ORDERED** that the time for the Platform Defendants to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) is hereby extended through and including February 28, 2025.

                                                                         */s/ Leda Dunn Wettre*
                                                    **HON. LEDA D. WETTRE, U.S.M.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIAN BARGO, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>APPLE, INC., APPLE PAYMENTS INC., GOOGLE LLC, GOOGLE PAYMENT CORP., HIGH 5 ENTERTAINMENT LLC d/b/a "HIGH 5 CASINO", MW SERVICES LTD. d/b/a "WOW VEGAS", SUNFLOWER LTD. d/b/a "CROWNCOINS CASINO", and B-TWO OPERATIONS LTD d/b/a "McLUCK.COM",<br><br>     Defendants. | Civil Action No.: 2:24-cv-10805-MCA-LDW<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. CIV. R. 6.1(b)**<br><br>*Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Julian Bargo ("Plaintiff") and Defendants Google LLC, Google Payment Corp., Apple Inc. (sued erroneously as "Apple, Inc."), and Apple Payments Inc. (collectively, "Platform Defendants"), by and through their undersigned counsel, that pursuant to Local Rule 6.1, the Platform Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1), shall be extended through and including February 28, 2025. In support of this stipulation, it is represented that:

1. Plaintiff filed the Complaint in the United States District Court for the District of New Jersey on November 27, 2024;

2. The Complaint was served on Platform Defendants on December 6, 2024, and, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for the Platform Defendants to answer, move, or otherwise respond to the Complaint was initially December 27, 2024;

3. On December 27, 2024, the U.S. District Court Clerk granted the Platform Defendants' applications for a Clerk's Order extending their time to respond to the Complaint

pursuant to L. Civ. R. 6.1(b), and set the due date for responding to Plaintiff's Complaint for January 10, 2025;

4. On January 7, 2025, pursuant to Local Rule 6.1(b), and in consideration of the joint stipulation between Plaintiff and the Platform Defendants submitted on January 6, 2025, the Honorable Leda D. Wettre entered an Order extending the Platform Defendants' time to respond to Plaintiff's Complaint through and including February 21, 2025;

5. Plaintiff and the Platform Defendants have agreed to a further extension of the Platform Defendants' response deadline to February 28, 2025; and

6. Aside from the extensions granted on December 27, 2024, and January 7, 2025, no other extension for the Platform Defendants to respond to the Complaint has been requested or obtained.

Dated: February 19, 2025

**COOLEY LLP**
*s/ Caroline Pignatelli*
Caroline Pignatelli, NJ Bar No. 026292007
cpignatelli@cooley.com
Evan Lazerowitz, NJ Bar No. 063232013
Rona S. Proper, NY Bar No. 5793740
(*pro hac vice* forthcoming)
rproper@cooley.com
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Teresa Michaud, CA Bar No. 296329
(*pro hac vice* forthcoming)
tmichaud@cooley.com
Sara Victoria M. Pitt, CA Bar No. 317611
(*pro hac vice* forthcoming)
sporter@cooley.com
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Audrey J. Mott-Smith, CA Bar No. 300550
(*pro hac vice* forthcoming)
amottsmith@cooley.com
Kelton N. Murphy, CA Bar No. 340366

2

(*pro hac vice* forthcoming)
kbasirico@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

*Attorneys for Defendants GOOGLE LLC and GOOGLE PAYMENT CORP.*

**DLA PIPER LLP (US)**
*s/ Marc A. Silverman*
Marc A. Silverman
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Tel.: (212) 335-4828
Email: marc.silverman@us.dlapiper.com

John Samuel Gibson (CA Bar No. 140647)
(pro hac vice forthcoming)
john.gibson@us.dlapiper.com
Colin McGrath (CA Bar No. 351947 / NY Bar No. 5494513)
(pro hac vice forthcoming)
colin.mcgrath@us.dlapiper.com
2000 Ave of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310.595.3039
Fax: 310.595.3339

Scott Murray (NJ Bar No. 7061995)
scott.murray@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Raj Shah (IL Bar No. 6244821)
(pro hac vice forthcoming)
raj.shah@dlapiper.com
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

*Attorneys for Defendants*
*Apple Inc. and Apple Payments Inc.*

3

                                      **G. MARTIN MEYERS, P.C.**

                                      *s/     Justin Meyers*

Justin A. Meyers, Esq. (#041522006)
justin@gmeyerslaw.com
25 West Main Street, Suite #106
Denville, New Jersey 07834
Tel.  (973) 625-0838
Fax.  (973) 525-5350

*s/     Gary Meyers*
G. Marin Meyers, Esq. (#271881971)
gmm@gmeyerslaw.com
25 West Main Street, Suite #106
Denville, New Jersey 07834
Tel.  (973) 625-0838
Fax.  (973) 525-5350

*Attorneys for Plaintiff Julian Bargo*

4