**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JULIAN BARGO, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE, INC., APPLE PAYMENTS INC., GOOGLE LLC, GOOGLE PAYMENT CORP., HIGH 5 ENTERTAINMENT LLC d/b/a "HIGH 5 CASINO", MW SERVICES LTD. d/b/a "WOW VEGAS", SUNFLOWER LTD. d/b/a "CROWNCOINS CASINO", and B-TWO OPERATIONS LTD. d/b/a "McLUCK.COM",<br><br>         Defendants. | No. 2:24-cv-10805-MCA-LDW<br><br>*Civil Action*<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Justin A. Meyers, Esq., counsel for Plaintiff JULIAN BARGO, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against all named defendants.

Dated: March 13, 2025

By:  s/    Justin Meyers
    Justin A. Meyers, Esq.

LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey 07834
Tel: (973) 625-0838
Email: justin@gmeyerslaw.com
*Attorneys for Plaintiffs*